IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01609-BNB

LAWRENCE RAY COOK,

Petitioner,

v.

J. WANDS,

Respondent, named as Administrator,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 0 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Lawrence Ray Cook, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. He submitted to the Court *pro se* a "Petition for a Writ of Habeas Corpus."

In an order filed on July 8, 2010, Magistrate Judge Craig B. Shaffer ordered Mr. Cook to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Cook was directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on the Court-approved form and to submit a certificate of the warden or other appropriate jail officer as to the amount of money on deposit in his inmate trust fund account. He was informed that the § 1915 motion and affidavit only was necessary if the $5.00 filing fee was not paid in advance.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the

petitioner's credit in any account in the institution." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action also notes this requirement.

The July 8 order also directed Mr. Cook to submit an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the Court-approved form. The July 8 order warned Mr. Cook that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice. Mr. Cook has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is denied and the action dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Lawrence Ray Cook, within the time allowed, to cure the deficiencies designated in the July 8, 2010 order, and for his failure to prosecute. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this  19th  day of  August , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01609-BNB

Lawrence Ray Cook
Reg No. 12797-047
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/20/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk